```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

EDDIE S. WATKINS                                          PETITIONER

V.                          CASE NO. 11CV6005

RAY HOBBS, Director,
Arkansas Department
of Corrections                                            RESPONDENT

## ORDER

On this 4th day of May, 2011, there comes on for consideration the report and recommendation filed in this case on March 23, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 7). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's claims are DISMISSED WITHOUT PREJUDICE to refiling once Petitioner's state court remedies are exhausted.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge