IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**EDDIE S. WATKINS**                                                                                          **PETITIONER**

v.                                              Civil No. 6:11-cv-6005

**RAY HOBBS, Director,**
**Arkansas Department of Corrections**                                              **RESPONDENT**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, EDDIE S. WATKINS, an inmate confined in the Arkansas Department of Corrections, filed this petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. The matter has been referred for findings of fact, conclusions of law and recommendations for the disposition of the case. Pending before the Court is the Petitioner's Motion for Default Judgment. ECF No. 22.

**Discussion**:

The Petition for Writ of *Habeas Corpus* was filed in this case on January 27, 2011. ECF No. 1. Petitioner shortly thereafter asked for a stay to allow him to exhaust his state court remedies. ECF No. 6. The Court instead dismissed the Petition without prejudice on May 5, 2011 to allow him to pursue any state court remedies. ECF Nos. 7 and 9. Petitioner thereafter sought to reopen his case, and the Court granted that request on January 24, 2012. ECF No. 11. Petitioner then filed an Amended Petition on March 8, 2012 and a Supplemental Petition on July 11, 2012. ECF Nos. 12 and 13. The Court directed the clerk to serve the Respondent, and an answer was due on August 15, 2012. The Respondent requested an extension of time to file its answer and that extension was granted up to and including August 25, 2012. ECF Nos. 19 and 20. The date of August 25, 2012 fell on Saturday so the actual date for a response or answer was thus the following Monday or on August 27, 2012.

Respondent's answer was filed on Monday, August 27, 2012. ECF No. 21.

Petitioner filed his Motion for Default on August 28, 2012. ECF No. 22. The Response was not late as indicated above, and a default is, therefore, not appropriate.

**Recommendation**:

Accordingly, based on the foregoing, it is recommended the Petitioner's Motion for Default Judgment (ECF No. 22) be **DENIED**.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

DATED this **2nd day of October 2012.**

    /s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE