```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION

EDDIE S. WATKINS                                    PETITIONER

    V.                     Civil No. 11-6005

RAY HOBBS, Director,
Arkansas Department of Correction                   RESPONDENT
```

ORDER

On this 28th day of November 2012, there comes on for consideration the reports and recommendations filed in this case on October 2, 2012 (doc. 23) and October 4, 2012 (doc. 24), by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. No objections were filed to either report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The reports and recommendations are proper and should be and hereby are adopted in their entirety. Accordingly, Petitioner's Motion for Default Judgment (doc. 22) is DENIED. Further, Petitioner's Amended and Supplemental 28 U.S.C. § 2254 petitions (docs. 12-13) are hereby DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Honorable Robert T. Dawson
                         United States District Judge
```