IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDDIE S. WATKINS                                           PETITIONER

    V.                        Civil No. 11-6005

RAY HOBBS, Director,
Arkansas Department of Correction                          RESPONDENT

<u>ORDER</u>

On this 28th day of November 2012, there comes on for consideration the reports and recommendations filed in this case on October 2, 2012 (doc. 23) and October 4, 2012 (doc. 24), by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. No objections were filed to either report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The reports and recommendations are proper and should be and hereby are adopted in their entirety. Accordingly, Petitioner's Motion for Default Judgment (doc. 22) is DENIED. Further, Petitioner's Amended and Supplemental 28 U.S.C. § 2254 petitions (docs. 12-13) are hereby DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge